R THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY

| | |
|---|---|
| DAVID BOWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-00395-GAF |
| TRADITIONAL LOGISTICS & CARTAGE, LLC | ) ) ) |
| and | ) ) |
| VALIANT MANAGEMENT & HOLDINGS, LLC | ) ) ) |
| Defendants. | ) |

## RULE 4 WAIVER OF THE SERVICE OF SUMMOMS FROM DEFENDANT TRADITIONAL LOGISTICS & CARTAGE, LLC

To: Brett Davis, Davis George Mook LLC. 1600 Genessee, Suite 328, Kansas City, Missouri 64102, brett@dgmlwyers.com.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 22, 2017, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6-16-17

_____
(Signature of the attorney or unrepresented party)

ROBERT R CLEARY
(Printed name)

801 W. BIG BEAVER RD., FIFTH FLOOR. TROY, MI 48084
(Address)

rcleary@dflaw.com
(E-mail address)

248-362-1300
(Telephone number)